HUGH PATTINSON AND RICHARD PATTINSON,
MERCHANTS TRADING UNDER THE NAME,
HUGH PATTINSON & CO.
v.
JOSEPH BAILLY

1806

### Journal Entries

1. Appearance . . . . . . . . . *Journal, infra,* \*p. 17
2. Declaration filed; rule to plead . . . . . . " 31
3. Plea filed . . . . . . . . . . . " 39

4. Continuance . . . . . . . . . . . . *Journal, infra,* \*p. 58
5. Witness fees allowed . . . . . . . . . . . " 59
6. Postponement; depositions filed . . . . . . . . " 128
7. Jurors . . . . . . . . . . . . . . " 166
8. Verdict; judgment . . . . . . . . . . . " 167
9. Witness fees ordered paid . . . . . . . . . " 169
10. Witness fees ordered paid . . . . . . . . . " 169

### Papers in File

1. Capias and return . . . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . *Printed in Vol. 2*
3. Subpoena for Jean Germain . . . . . . . . . . . .
4. Affidavit of Pierre Rousseau . . . . . . . . . "
5. Affidavit of Solomon Sibley . . . . . . . . . "
6. Subpoena for François Ducharme . . . . . . . . .
7. Deposition of Antoine Lafortune (incomplete) . . . . . . .
8. Promissory note . . . . . . . . . . . . "